(116 So. 905)

I. W. CARR, alias, etc., v. STATE.
(7 Div. 809.)

Supreme Court of Alabama. May 17, 1928.

Certiorari to Court of Appeals.

Pruet & Glass, of Ashland, for petitioner.
Charlie C. McCall, Atty. Gen., for the State.

PER CURIAM. Petition of I. W. (alias Wes) Carr for certiorari to the Court of Appeals to review and revise the judgment and decision of said court in Carr v. State, 116 So. 903.

Writ denied.

ANDERSON, C. J., and SOMERVILLE, THOMAS, and BROWN, JJ., concur.